VAN–020 Deficiency Notice – Petitions (Local) – Rev. 12/16/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

|  |  |
|---|---|
| IN RE: | CASE NO.: 16–05804–5–SWH |
|  | DATE FILED: November 8, 2016 |
|  | CHAPTER: 13 |

Joyce M Loney
*( debtor has no known aliases )*
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461

Debtor represented by:
Joyce M Loney
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461

Trustee:
Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563

## DEFICIENCY NOTICE

To: Joyce M. Loney

The petition submitted to the court on behalf of the above referenced debtor(s) has been filed. However, the petition is deficient as noted below. All deficiencies should be corrected by **November 14, 2016** . Failure to do so may result in the petition being dismissed.

One or more pages of the petition was omitted. The certification of mailing matrix was omitted. The certification of social security number or tax identification number was omitted.

DATED: November 8, 2016

Pamela Smith
Deputy Clerk