VAN–065 Certificate of Mailing – Rev. 12/16/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Joyce M Loney
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461

CASE NO.: 16–05804–5–SWH

DATE FILED: November 8, 2016

CHAPTER: 13

CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

☑ Joyce M Loney
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461

☐

☐ Joyce M Loney
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461

☐ Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563

DATED: November 8, 2016

Pamela Smith
Deputy Clerk