VAN–019 Deficiency Notice – Petitions (BNC) – Rev. 12/16/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Joyce M Loney  
( debtor has no known aliases )  
4956 Long Beach Rd, SE  
Ste 14  
Southport, NC 28461  

CASE NO.: 16–05804–5–SWH  

DATE FILED: November 8, 2016  

CHAPTER: 13  

## DEFICIENCY NOTICE

To: Joyce M. Loney  
The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **November 22, 2016** .

Schedules A – J, Statement of Affairs and Statement of Current Monthly Income

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Chapter 13 plan must be filed by **November 22, 2016**.

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: November 8, 2016

Pamela Smith  
Deputy Clerk