VAN–125 Order re: Credit Counseling Exemption – Rev. 01/06/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Joyce M. Loney  
( debtor has no known aliases )  
4956 Long Beach Rd, SE  
Ste 14  
Southport, NC 28461

CASE NO.: 16–05804–5–SWH

DATE FILED: November 8, 2016

CHAPTER: 13

## ORDER

The matter before the court is the request of the debtor(s) for waiver of pre–petition credit counseling required by 11 U.S.C. § 109(h). The request is allowed. The debtor(s) shall obtain counseling from an approved credit counseling agency no later than **December 8, 2016** . Failure to timely file the certificate may result in dismissal of the case.

DATED: November 9, 2016

Stephani W. Humrickhouse  
United States Bankruptcy Judge