# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA

Raleigh Division

**FILED**
NOV 14 2016
STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

IN RE:                                           CASE NO.:

Debtor(s):
Joyce Loney
4956 Long Beach Rd. SE
STE 14 PMB 362
Southport, NC 28461

## CERTIFICATION OF MAILING MATRIX
### REQUIRED BY E.D.N.C. LBR 1007-2

I hereby certify under penalty of perjury that the attached list of creditors which has been prepared in the format required by the clerk is true and accurate to the best of my knowledge and includes all creditors scheduled in the petition.

Dated: 11/8/2017

_Joyce M. Loney_
Debtor or Attorney for Debtor

REV. 07/2012