VAN–150 Deficiency Notice (Text) – Rev. 11/29/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

|  |  |
|---|---|
| IN RE: | CASE NO.: 16–05804–5–SWH |
|  | DATE FILED: November 8, 2016 |
|  | CHAPTER: 13 |
| Joyce M. Loney<br>( debtor has no known aliases )<br>4956 Long Beach Rd, SE<br>Ste 14<br>Southport, NC 28461 | Debtor represented by:<br>Joyce M. Loney<br>4956 Long Beach Rd, SE<br>Ste 14<br>Southport, NC 28461 |

Trustee:
Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563

## DEFICIENCY NOTICE

To: Joyce Loney

Re: 20– Motion for Sanctions for Violation of Automatic Stay Against USAA FSB filed by Joyce M. Loney (Barnes, Dawn)

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **December 14, 2016** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The motion was not served in accordance with Local Bankruptcy Rule 9013–1, EDNC, requiring service upon the trustee, attorney for debtor–in–possession, or bankruptcy administrator. Upon completion of proper service, a certificate of service should immediately be filed with the court.

The insured depository institution was not served by certified mail to the attention of an officer as required by Rule 7004(h) of the Federal Rules of Bankruptcy Procedure. Upon completion of proper service, a certificate of service should immediately be filed with the court.

The notice of motion required by Local Bankruptcy Rule 9014–1(a), EDNC, was omitted.

DATED: November 30, 2016

Dawn Barnes
Deputy Clerk