**SO ORDERED.**

**SIGNED this 7 day of December, 2016.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| **IN RE JOYCE M. LONEY,**<br><br>Debtor. | )   Case No. 16-05804-5-SWH<br>)             Chapter 13<br>)<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the motions of USAA Federal Savings Bank ("USAA FSB") to dismiss this bankruptcy proceeding, to lift the automatic stay, and for other relief ("Motion to Dismiss"), and to expedite the hearing on the foregoing motion.

For good cause shown, the Court **GRANTS** the motion to expedite hearing on the Motion to Dismiss. A hearing on the Motion to Dismiss will be held on December 14, 2016, at 10:30 a.m. or as soon thereafter as it may be heard, in the courtroom of the U.S. District Court located at 2 Princess St, Wilmington, NC, 28401.

Furthermore, the Court **ORDERS** debtor Joyce Loney to appear in person at the December 14, 2016 hearing; to park the 2004 Ford F250, VIN 1FTNW21P44EC62110, and the 2006 Honda Element, VIN 5J6YH28726L025945, at the City of Wilmington Market Street Parking Deck, located at 115 N. Market Street, Wilmington, NC, during the December 14, 2016 hearing; and to bring all keys to the Ford F250 and Honda Element to the courtroom during the hearing.  The Court hereby **WARNS** Joyce Loney that failure to appear, to bring the vehicles, or to bring the keys to the hearing as ordered will result in a finding of contempt and her arrest and incarceration.

**END OF DOCUMENT**