**VAN–117** Hearing Conference Worksheet – Rev. 11/29/2016

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
Joyce M. Loney
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461

**Wilmington Division**

CASE NO.: 16–05804–5–SWH

DATE FILED: November 8, 2016

CHAPTER: 13

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*10* – Order Granting Debtor(s) Request for Temporary Waiver of Credit Counseling Requirement. Certificate of Credit Counseling due by 12/8/2016. (Skinner, Donna)
Show Cause for Failure to File Certificate of Credit Counseling

Joyce M. Loney
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461
910–477–2757

Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563
252 633–0074

DATED: December 9, 2016

Dawn Barnes