**VAN–052** Order to Show Cause – Rev. 02/08/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Joyce M. Loney
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461

CASE NO.: 16–05804–5–SWH

DATE FILED: November 8, 2016

CHAPTER: 13

## ORDER TO SHOW CAUSE

IT IS ORDERED that Joyce M. Loney appear at the time and place indicated below to show cause, if any there be, as to why this case should not be dismissed or other sanctions imposed for failure to file the Certificate of Credit Counseling.

DATE:     Wednesday, December 14, 2016
TIME:     10:30 AM
PLACE:    Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

DATED: December 12, 2016

Stephani W. Humrickhouse
United States Bankruptcy Judge