IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

Case No. 16-05804-5-SWH
Chapter 13

IN RE JOYCE M. LONEY,

    Debtor

**FILED**
DEC 1 3 2016
STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

MOTION FOR ADDITIONAL TIME TO FILE AMENDED CHAPTER 13 SCHEDULES OTHER DOCUMENTS AND INFORMATION REQUIRED UNDER 11 U.S.C. §521(A)(1)

Debtor, Joyce M. Loney, respectfully request:

1. Debtor filed a voluntary petition under chapter 13 of the Bankruptcy Code on November 8, 2016.

2. Debtor's petition was prepared under duress and filed in an expedited manner to stop pending repossession and enforcement of judgment. The Debtor was therefore unable to gather all necessary documents for completing the chapter 13 schedules, statement of affairs, plan, and other information required under section 521(a)(1) when the petition was filed.

3. During the next few weeks. Debtor will be unable to complete the forms due to lost tax records and waiting on replacements. Debtor has requested copies of tax returns, that has been lost or misplaced. This process can take up to 60 days, and to confer with accountant. See attached "A".

4. It is requested that the Court grant the Debtor an additional period of forty-five (45) days, pursuant to 11 U.S.C. § 521 (i)(3) and rules 1007 (c) and 3015(b) of the Federal rules of Bankruptcy Procedures, so that the Debtor may obtains and present all necessary forms and information.

6. This motion is made for the purposes of delay and no creditor will suffer my prejudice if Debtor is granted an additional extension of time.

7. WHEREFORE, Debtor request that this Court grant her an extension of until, February 04, 2017, in which to file her chapter 13 schedules, statement of affairs, payment advice's, statement of current monthly income and disposable income calculation, chapter 13 plan, and all other information and forms required by 11 U.S.C. § 521(a)(1).

Date: 12/12/16

Debtor: *Joyce M. Loney*

| Form **4506** (Rev. September 2015) Department of the Treasury Internal Revenue Service | **Request for Copy of Tax Return** ▶ Do not sign this form unless all applicable lines have been completed. ▶ Request may be rejected if the form is incomplete or illegible. ▶ For more information about Form 4506, visit *www.irs.gov/form4506*. | OMB No. 1545-0429 |
|---|---|---|

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return**, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**1a** Name shown on tax return. If a joint return, enter the name shown first.
HAROLD W. LONEY

**1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)

**2a** If a joint return, enter spouse's name shown on tax return.
JOYCE M. LONEY

**2b** Second social security number or individual taxpayer identification number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
4956 LONG BEACH RD, SE, SOUTHPORT, NC 28461

**4** Previous address shown on the last return filed if different from line 3 (see instructions)
STE 14 PMB 362

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . ☐

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.
2015    2013
2014    2012

**8** Fee. There is a $50 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

| a | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . | $ | 50.00 |
| b | Number of returns requested on line 7 . . . . . . . . . . . . . . . . | | |
| c | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . | $ | 200.00 |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.
**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** For tax returns being sent to a third party, this form must be received within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.

**Sign Here**
▶ Signature (see instructions)    Date 12/10/16
Phone number of taxpayer on line 1a or 2a

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature    Date 12-10-16

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 41721E    Form **4506** (Rev. 9-2015)