VAN–047 Certificate of Telephonic or Email Notice – Rev. 11/29/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Joyce M. Loney
4956 Long Beach Rd, SE
Ste 14
Southport, NC 28461

CASE NO.: 16–05804–5–SWH

DATE FILED: November 8, 2016

CHAPTER: 13

### CERTIFICATE OF EMAIL NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given email notice on **December 13, 2016** as indicated below:

Joyce M. Loney
Joseph Bledsoe, Trustee

that a hearing will be held as indicated below:

DATE: December 14, 2016
TIME: 10:30 AM
PLACE: Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

to consider and act on the following matters:

Motion to Extend Time to File Schedules filed by Joyce M. Loney

DATED: December 13, 2016

                                                Allyson Howard
                                                Deputy Clerk